IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAVA RACHEL MARK, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-3022-TNM |
| ) | |
| REPUBLIC OF THE SUDAN ) | |
| ) | |
| *Defendant*. ) | |

**UNITED STATES' MOTION TO INTERVENE TO DEFEND THE CONSTITUTIONALITY OF THE SUDAN CLAIMS RESOLUTION ACT AND THE SUDAN CLAIMS SETTLEMENT AGREEMENT**

The United States respectfully seeks to intervene in this action in order to defend the constitutionality of the Sudan Claims Resolution Act, Pub. L. 116-260, Division FF, Title XVII, 134 Stat. Ann.1182, 3291 (2020), the Claims Settlement Agreement between the United States of American and the Republic of Sudan, T.I.A.S. 21-209, and the President's espousal of the terrorism-related claims of U.S. nationals against Sudan, and to seek dismissal of this suit with prejudice. Pursuant to LCvR 7(m), counsel for the United States has conferred with counsel for the parties in this action. Counsel for Defendant represents that Defendant consents to this motion. Counsel for Plaintiffs represent that Plaintiffs do not object to this motion.

The United States is entitled to intervene in this case to defend the constitutionality of the Sudan Claims Resolution Act pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1). Rule 5.1(c) permits the Attorney General to intervene in an action where, as here, the constitutionality of a federal statute is challenged. *See* Fed. R. Civ. P. 5.1(c). Rule 24(a)(1) further permits a non-party to intervene when the non-party "is given an unconditional right to intervene by a federal statute." Fed. R. Civ. P. 24(a)(1). The United States has an unconditional

1

statutory right to intervene "[i]n any action . . . wherein the constitutionality of an Act of Congress affecting the public interest is drawn in question." 28 U.S.C. § 2403(a). In such an action, "the court . . . shall permit the United States to intervene . . . for argument on the question of constitutionality." *Id.* Here, Plaintiffs have drawn in question the constitutionality of the SCRA, *see* ECF Nos. 20-21, and thus the United States has an unconditional right to intervene to defend the statute.

Intervention is also warranted for the independent reason that the United States has espoused Plaintiffs' claims pursuant to the Claims Settlement Agreement entered into by the United States and Sudan as part of the process of normalizing diplomatic relations between the two countries. *See Antolok v. United States*, 873 F.2d 369, 375 (D.C. Cir. 1989) ("In international law, the doctrine of espousal describes the mechanism whereby one government adopts or 'espouses' and settles the claim of its nationals against another government"). By espousing Plaintiffs' claims, the United States has adopted those claims and made them its own. *See Asociacion de Reclamantes v. United Mexican States*, 735 F.2d 1517, 1523 (D.C. Cir. 1984) (Scalia, J.) ("Once it has espoused a claim, the sovereign has wide-ranging discretion in disposing of it. It may compromise it, seek to enforce it, or waive it entirely."). As a result, Plaintiffs have been divested of any interest they have in the claims asserted in this action, and the United States is now the real party in interest for the purpose of those claims.

Accordingly, the Court should permit the United States to intervene to defend the constitutionality of the SCRA and the Claims Settlement Agreement between the United States and Sudan and to seek dismissal of Plaintiffs' claims. The Court is respectfully referred to the United States' accompanying memorandum of points and authorities in support of the constitutionality of the SCRA and the Claims Settlement and dismissal of this action.

3

Dated:  August 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

 /s/ Chetan A. Patil
CHETAN A. PATIL
DC Bar No. 999948
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-4968
Fax: (202) 616-8470
Email: chetan.patil@usdoj.gov

*Counsel for Intervenor the United States*