IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAVA RACHEL MARK, *et al.* | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Civil Action No. 1:20-cv-3022-TNM |
| REPUBLIC OF THE SUDAN | )<br>)<br>) |
| *Defendant*. | )<br>) |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Intervene to Defend the Constitutionality of the Sudan Claims Resolution Act and the Sudan Claims Settlement Agreement, it is hereby

ORDERED that the Motion is GRANTED.

SO ORDERED this __ day of _____, 2021

_____
Honorable Trevor N. McFadden
United States District Judge